# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>    v.<br><br>SCOTT ORTON,<br><br>                Defendant. | CASE NO. CR19-5005RJB<br><br>ORDER DENYING REQUEST FOR EARLY TERMINATION |

THIS MATTER comes before the court on the request for early termination filed by the United States Probation Office. After reviewing the request and the court file and being aware of the United States Attorney's objection, it appears to the court that the request is somewhat premature. The defendant should be congratulated for following the requirements of supervised release, and for making timely restitution payments, and should look forward to a second request for early termination after some additional time has elapsed. At this time, the request for early termination simply appears to be premature. Therefore it is now

ORDER DENYING REQUEST FOR EARLY TERMINATION - 1

ORDERED that the pending request for early termination is DENIED without prejudice to a further request for early termination at a later time.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 25th day of April, 2019.

*Robert J. Bryan* (signature)

ROBERT J. BRYAN
United States District Judge