UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                       Plaintiff,<br>    v.<br><br>SCOTT ANTHONY ORTON,<br><br>                       Defendant. | CASE NO. CR19-5005RJB<br><br>ORDER DENYING EARLY TERMINATION OF SUPERVISED RELEASE |

THIS MATTER comes before the Court on Defendant's letter request for early termination of supervised Release (Dkt. 11). The Court has considered the responses filed (Dkt. 13 from the Assistant United States Attorney) and letter response from Defendant's probation officer (Dkt. 11 Attachment).

While Mr. Orton is to be praised for his progress during his term of supervised release, the Court is not convinced that supervised release should be terminated. Perhaps minimal supervision – at the discretion of his probation officer – would be appropriate for the short period remaining on his supervised release term.

ORDER DENYING EARLY TERMINATION OF SUPERVISED RELEASE - 1

Defendant's request for early termination should be, and is hereby, DENIED.

**IT IS SO ORDERED**.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 1st day of May, 2020.

*/s/ Robert J. Bryan*
ROBERT J. BRYAN
United States District Judge